[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-10717
Non-Argument Calendar
_____

D.C. Docket No. 3:06-cr-00289-VMC-MCR-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JASMINE ALLEN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 17, 2012)

Before TJOFLAT, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, appointed counsel for Jasmine Allen in this appeal from the denial of Allen's motion for a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Allen's motion is **AFFIRMED**.